# HERBERT S. FORSMITH
ATTORNEY AT LAW

26 BROADWAY
17TH FLOOR
NEW YORK, NY 10004
TEL: (212) 809-1772
FAX: (212) 809-6122

January 25, 2020

**Via Electronic Filing**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

<u>RE: Barbagallo v. Commissioner of Social Security, 19-cv-8071 (AT)(SLC)</u>

Dear Judge Cave:

The scheduling Order of August 29, 2019 provided that Plaintiff's motion for judgment on the pleadings was to be served by January 28, 2020; with Defendant's response by March 26, 2020; and with Plaintiff's reply by April 16, 2020.

I must, because of the press of business, respectfully request a 60-day extension of time to serve Plaintiff's motion for judgment on the pleadings with Plaintiff's motion to be served by March 30, 2020; with Defendant's response by May 29, 2020; and with Plaintiff's reply, if any, by June 12, 2020.

This is Plaintiff's first request for an extension.

Counsel for the Commissioner has informed me that she consents to this extension.

Thank you for your consideration.

Respectfully submitted,

/s/ Herbert S. Forsmith

cc: Susan D. Baird
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007

---

Plaintiff's Letter-Motion for an extension of time to serve her motion for judgment on the pleadings (ECF No. 13) is GRANTED. Plaintiff is directed to serve her motion by **Monday, March 30, 2020**. Defendant's response is due by **Friday, May 29, 2020**. Plaintiff's reply, if any, is due by **Friday, June 12, 2020**. The Clerk of Court is respectfully directed to close ECF No. 13.

SO-ORDERED 1/27/2020

SARAH L. CAVE
United States Magistrate Judge